UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

Thamer S. Gasso, and Lamia T. Gasso,

Case No. 13-31953-dof

Chapter 11
Honorable Daniel Opperman

*Debtors*

_____/

# THE HUNTINGTON NATIONAL BANK'S INDEPENDENT OBJECTION AND JOINDER IN THE OBJECTIONS OF THE PRIVATEBANK AND TRUST COMPANY AND THE UNITED STATES TRUSTEE TO DEBTOR'S COMBINED DISCLOSURE STATEMENT AND PLAN OF REORGANIZATION

The Huntington National Bank ("Bank") joins in the objections filed by The PrivateBank and Trust Company [Docket #65] and the United States Trustee [Docket #59] to the Debtor's Combined Disclosure Statement and Plan of Reorganization [Docket #45] ("Plan") for the reasons stated in those objections.

Bank also objects to the Plan (or any amended Plan) to the extent that: (a) prepetition unsecured creditors are treated unevenly, and (b) prepetition funds, which should be distributed pro rata to prepetition unsecured creditors, are instead used to pay Mr. Abdulnoor's expected post effective date indebtedness to Debtors (which has not yet been incurred).

## RELIEF REQUESTED

For the foregoing reasons, Bank requests that this Court deny confirmation of the Plan.

BODMAN PLC

By: /s/ Robert J. Diehl, Jr.
Robert J. Diehl, Jr. (P31264)
Jaimee L. Witten (P70068)
Attorneys for The Huntington National Bank
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, Michigan 48226
rdiehl@bodmanlaw.com

Date: December 2, 2013